AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**GEORGE A. SIMMONS,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO. 2:12-cv-086**

**OHIO REHABILITATION**    **JUDGE EDMUND A. SARGUS, JR.**
**SERVICES COMMISSION, et al.,**    **MAGISTRATE JUDGE TERENCE P. KEMP**

    **Defendants.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed November 27, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: November 27, 2013      JOHN P. HEHMAN, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk